CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
MAR 31 2006
JOHN F CORCORAN, CLERK
BY
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WALTER STAMPER,        ) | |
|     Petitioner,             ) | Civil Action No. 7:06CV00170 |
|                             ) | |
| v.                     ) | **FINAL ORDER** |
|                             ) | |
| ATTORNEY GENERAL OF VIRGINIA, ) | By: Hon. Glen E. Conrad |
| VIRGINIA, et al.,      ) | United States District Judge |
|     Respondents.            ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ORDERED

that the petition for a writ of habeas corpus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 31st day of March, 2006.

_____
United States District Judge